In the Matter of ALBERT GARLAND, Respondent, v. PROVIDENCE WASHINGTON INSURANCE COMPANY, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Latham, JJ., concur.